# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **NORVEL FERGUSON, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE INTERSTATE NAVIGATION COMPANY,** ) <br> **d/b/a THE BLOCK ISLAND FERRY, et al,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No.** <br> **1:23-cv-00326-MSM-LDA** |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Samuel P. Blatchley, of the law firm of ECKLAND & BLANDO LLP, enters his appearance in the above-captioned matter on behalf of Defendant, The Interstate Navigation Company, d/b/a The Block Island Ferry.

                                                ECKLAND & BLANDO LLP

                                                Respectfully submitted,

Date: August 11, 2023                      /S/SAMUEL P. BLATCHLEY
                                                            Samuel P. Blatchley
                                                            RI Bar No. 8284
                                                            Eckland & Blando LLP
                                                           22 Boston Wharf Road
                                                           Boston, Massachusetts 02210
                                                           (617) 217-6936
                                                           sblatchley@ecklandblando.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2023, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

                                                                           /s/Samuel P. Blatchley